IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff<br><br>    v.<br><br>**BEATRIZ SANTANA-MANZANO,**<br>    Defendant. | **Criminal No. 08-323 (ADC)** |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Bruce J. McGiverin on January 9, 2009. (**Docket No. 23**). In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Beatriz Santana-Manzano** be adjudged guilty of the offenses charged in Count I of the Indictment (T.31, U.S.C. §§ 5316(a)(1)(A) and 5332(a)) inasmuch as, her plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules.  See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Criminal No. 08-323 (ADC)                                                                                           Page -2-

Accordingly, a judgment of conviction is to be entered as to Count One of the Indictment in the above-captioned case.

**The sentencing hearing is set for April 20, 2009 at 5:30 p.m.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 2nd day of February, 2009.

                                            S/**AIDA M. DELGADO-COLON**
                                            **United States District Judge**